# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Mikhail Sergeychik                    Case Number: 10-32180        Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#86 Motion of the Debtor to Approve Sale of real estate located at 2 Westview Lane, Feeding Hills, MA

**OUTCOME:**

- \_\_\_\_ Granted \_\_\_\_ Denied \_\_\_\_ Approved \_\_\_\_ Sustained
- \_\_\_\_ Denied   \_\_\_\_ Denied without prejudice   \_\_\_\_ Withdrawn in open court   \_\_\_\_ Overruled
- \_\_\_\_ OSC enforced/released
- ✔ Continued to: MAY 29, 2013    For: 11:00AM IN SPRINGFIELD
- \_\_\_\_ Formal order/stipulation to be submitted by:_____ Date due:_____
- \_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
- \_\_\_\_ Taken under advise ment: Brief(s) due_____ From_____
                              Response(s) due_____ From_____
- \_\_\_\_ Fees allowed in the amount of: $_____ Expenses of: $_____
- \_\_\_\_ No appearance/response by:_____
- \_\_\_\_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                              IT IS SO ORDERED:

_____        *Henry Jack Boroff*  _____Dated: 04/03/2013
Courtroom Deputy