# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Mikhail Sergeychik         Case Number: 10-32180         Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#86 EVIDENTIARY HEARING re: Motion of the Debtor to Approve Sale of real estate located at 2 Westview Lane, Feeding Hills, MA

**OUTCOME:**

\_\_\_\_ Granted \_\_\_\_ Denied \_\_\_\_ Approved \_\_\_\_ Sustained
\_\_\_\_ Denied     Denied without prejudice     Withdrawn in open court     Overruled
\_\_\_\_ OSC enforced/released
\_\_\_\_ Continued to:_____ For:_____
\_\_\_\_ Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_ Taken under advise ment: Brief(s) due_____ From_____
                                Response(s) due_____ From_____
\_\_\_\_ Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_ No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DENIED WITHOUT PREJUDICE.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         *[signature: Henry Jack Boroff]*

_____              _____Dated: 08/22/2013
Courtroom Deputy